**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

|  |  |  |
|---|---|---|
| BART BOSCH, *et al.*, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | CASE NO.: 7:25-CV-142 (WLS) |
| | : | |
| ALLSTATE VEHICLE AND | : | |
| PROPERTY INS. CO., | : | |
| | : | |
| Defendant. | : | |
| | : | |

**ORDER**

Before the Court is a Joint Status Report (Doc. 11), filed by the Parties on April 2, 2026, and pursuant to the Court's previous Order (Doc. 10). Therein, the Parties request that the Court continue the stay of discovery in this matter for an additional ninety days.

Previously, the Court stayed discovery, at the Parties' request, to allow the Parties to continue settlement negotiations and/or potentially mediate a settlement of this case. The Court instructed the Parties to file a status report by April 2, 2026. The Parties timely filed the instant Status Report, explaining that they sought to arrange an on-site meeting at the subject property between consultants for both Parties to determine a reasonable cost of remediation. (Doc. 11 ¶ 1). Despite their efforts, however, scheduling conflicts have prevented the Parties from arranging this meeting. (*Id.* ¶ 2). The Parties request that the Court continue the stay of discovery for an additional ninety days to allow for the completion of this meeting and the preparation of settlement documents to resolve this matter. (*Id.* ¶ 3). Thus, the Court construes the Status Report as a motion for extension of time.

Upon review, the request in the instant Status Report (Doc. 11) is **GRANTED**. The stay of discovery in the above-captioned case is extended for an additional **ninety (90) days**, or through **Thursday, July 2, 2026**. On or before that date, the Parties shall file a status report

1

informing the Court whether the case is settled or whether the stay of discovery shall be lifted and a scheduling/discovery conference scheduled.

**SO ORDERED**, this 6th day of April 2026.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

2