**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

|  |  |  |
|---|---|---|
| BART BOSCH, *et al.*, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | CASE NO.: 7:25-CV-142 (WLS) |
| | : | |
| ALLSTATE VEHICLE AND | : | |
| PROPERTY INS. CO., | : | |
| | : | |
| Defendant. | : | |
| | : | |

**ORDER**

Before the Court is a second Joint Status Report (Doc. 13), filed by the Parties on July 1, 2026, and pursuant to the Court's previous Order (Doc. 12). Therein, the Parties request that the Court continue the stay of discovery in this matter for an additional four months.

Previously, the Court stayed discovery, at the Parties' request, to allow the Parties to engage in settlement negotiations and instructed the Parties to file a status report by April 2, 2026. (Doc. 10). The Parties filed the first Status Report (Doc. 11) on that date, requesting that the Court continue the stay to allow for inspections of the subject property. The Court granted the request and instructed the Parties to file another status report within ninety days. (Doc. 12). The Parties timely filed the instant Status Report, explaining that since their last update to the Court, the inspection and a meeting with attorneys for both Parties, Plaintiff Bart Bosch, Defendant's inspector, and Plaintiff's public adjuster took place at the property. (Doc. 13 ¶ 2). Subsequently, the public adjuster prepared revised repair estimates and provided the same to Defendant's inspector. (*Id.*) The Parties request that the Court continue the stay of discovery to afford Defendant's inspector adequate to review the estimates, which they contend is necessary for the Parties to engage in meaningful settlement discussions. (*Id.*) Thus, the Court construes the Status Report as a motion for extension of the stay.

Upon review, the request in the instant Status Report (Doc. 13) is **GRANTED**. The stay of discovery in the above-captioned case is extended for an additional **four (4) months**,

2

or through **Monday, November 2, 2026**. On or before that date, the Parties shall file a status report informing the Court whether the case is settled or whether the stay of discovery shall be lifted and a scheduling/discovery conference scheduled.

      **SO ORDERED**, this 2nd day of July 2026.

                             **/s/ W. Louis Sands**
                             **W. LOUIS SANDS, SR. JUDGE**
                             **UNITED STATES DISTRICT COURT**