IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| BART BOSCH and ANITA BOSCH,<br><br>Plaintiffs,<br><br>v.<br><br>ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY,<br><br>Defendant. | CIVIL ACTION<br><br>FILE NO. 7:25-cv-00142-WLS |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41 (a) (1) (A) (ii) the parties stipulate that this case is dismissed with prejudice with each party to bear its respective costs.

This 21st day of October, 2026.

John Gee Edwards
Georgia Bar No. 241298

Attorneys for Plaintiffs

108 East Valley Street
Valdosta, Georgia 31601
*Voice*: (229) 242-1790
*Fax*: (229) 242-5257
*Email*: johngeeedwards@gmail.com

*[signatures continued on next page]*

DOWNEY & CLEVELAND, LLP

By: ______________________________
Joseph B. Atkins
Georgia Bar No. 026715
(by John Gee Edwards with express permission)

Attorneys for Defendant

288 Washington Avenue
Marietta, GA 30060-1979
*Voice*: (770) 422-3233
*Fax*: (770) 423-4199
*Email:* atkins@downeycleveland.com

**SO ORDERED this 22nd day of October, 2026.**

______________________________
**W. Louis Sands, SR. Judge**
**United States District Court**